IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  09-cv-02683-RPM

ERIC SCHMIDT,

    Plaintiff,
v.

DJO, LLC,
I-FLOW CORPORATION,
ABBOTT LABORATORIES,
ABBOTT LABORATORIES, INC.,

    Defendants.

_____

### ORDER OF RECUSAL
_____

Because my wife is a stockholder of Abbott Laboratories, there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

ORDERED that the Clerk of Court shall reassign this civil action.

DATED:   November 18th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge