IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02683-CMA-MEH

ERIC SCHMIDT,

    Plaintiff,

v.

DJO, LLC,
I-FLOW CORPORATION,
ABBOTT LABORATORIES,
ABBOTT LABORATORIES, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2010.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference [filed February 3, 2010; docket #16] is **granted**. The Scheduling Conference set for February 12, 2010, is **vacated**. A Status Conference is hereby set for **March 2, 2010**, at **9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.