# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-02683-CMA-MEH

ERIC SCHMIDT,

    Plaintiff,

v.

DJO, LLC,
I-FLOW CORPORATION,
ABBOTT LABORATORIES, and
ABBOTT LABORATORIES, INC.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with counsel for Defendant I-Flow Corporation, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: February __22__, 2010

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge