IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 09-cv-02683-WYD-MEH | FTR – Courtroom C203 |
| Date: March 2, 2010 | Cathy Coomes, Courtroom Deputy |
| | |
| ERIC SCHMIDT, | Daniel Lee English |
| | Scott Martin Kleger |
| Plaintiff, | |
| | |
| v. | |
| | |
| DJO, LLC, | Rachel Laine Carnaggio |
| I-FLOW CORPORATION, | Jordan Lee Lipp |
| ABBOTT LABORATORIES, and | Marsha M. Piccone |
| ABBOTT LABORATORIES, INC., | |
| | |
| Defendants. | |

# COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:**   9:37 a.m.

The Court calls case.  Appearances of counsel.

Discussion regarding the status of the case, entering a stay of discovery, the MDL proceedings involving Defendant I-Flow, and the Court's ruling on the deadline to designate non-parties at fault.

**ORDERED:**   1.   Defendant I-Flow Corporation's Motion to Temporarily Stay All Proceedings (Doc. #13, filed 1/27/10) is GRANTED in part and DENIED in part as stated on the record.  Discovery only is stayed pending ruling by the District Court on Defendants' pending Motions to Dismiss (Doc. Nos. 17, 24, and 27).  The Court will allow Plaintiff to seek particularized discovery, if the occasion arises where that evidence might dissipate.

2.   Mr. Lipp shall file a Status Report on the MDL proceedings on or before **April 1, 2010.**

3. A Status Conference is set for **May 3, 2010, at 9:15 a.m.** Any counsel with travel issues may appear at that conference by telephone and are directed to contact Chambers at (303)844-4507 at the designated time.

**Court in recess:** 9:53 a.m. (Hearing concluded)
Total time in court: 0:16